UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE HURT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL C. GOLDBERG, U.S. District Court Judge; UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA,<br><br>　　　　　Defendants. | Case No. 12-cv-06522 NC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On February 4, 2013, the Court dismissed Tyrone Hurt's complaint under 28 U.S.C. § 1915(e)(2)(B), finding that the complaint was frivolous and failed to state a claim upon which relief can be granted. Dkt. No. 6. The Court granted leave to amend and stated that if plaintiff fails to do so within 30 days, the Court will dismiss this case. *Id.* at 3. The deadline to amend has now passed. Hurt failed to amend the complaint, and, instead, filed a notice seeking leave to appeal *in forma pauperis* from the February 4 Order, to amend the complaint, and for appointment of counsel. Dkt. No. 7 at 1-2. This filing does nothing to correct the fundamental deficiencies of the complaint identified by the Court in its prior order of dismissal.

　　The Court also notes that Hurt was recently declared a vexatious litigant. In *Hurt v.*

*All Sweepstakes Contests*, No. 12-cv-04187 EMC, 2013 WL 144047, at *1-3 (N.D. Cal. Jan. 11, 2013), the Court found that in the past year, Hurt has filed twenty-one lawsuits in this district. "Of these, fifteen have been dismissed for failure to state a claim; ten have been dismissed with prejudice," and five, including this case, have not yet been dismissed, but "appear to suffer from many of the same defects" as the other cases. *Id.* at *1-4. Based on the large number of frivolous lawsuits filed by Hurt in this district in the past year, the Court declared Hurt a "vexatious litigant," and ordered all future lawsuits initiated by plaintiff in this district to be subject to pre-filing review. *Id.* at *8.

    Accordingly, this case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B). *See WMX Technologies, Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) ("[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained."); *Estate of Conners by Meredith v. O'Connor*, 6 F.3d 656, 658 (9th Cir. 1993) (an ineffective notice of appeal, such as a notice from an unappealable order, does not divest the district court of jurisdiction).

    To the extent Hurt's filing seeks leave to appeal *in forma pauperis* under Rule 24(a)(1) of the Federal Rules of Appellate Procedure, the Court denies that request as moot. The Court's February 4 Order, Dkt. No. 6 at 2, permitted Hurt to proceed *in forma pauperis* and no further authorization is required under Rule 24(a)(3).

    IT IS SO ORDERED.

Date: March 19, 2013

Nathanael M. Cousins
United States Magistrate Judge